MOLLY M. WHITE, Cal. Bar No. 171448
Email: whitem@sec.gov
J. CINDY ESON, Cal. Bar No. 219782
Email: esonjc@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Associate Regional Director
John W. Berry, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

**ORIGINAL** FILED 12 APR 11 AM 10:13

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SHERVIN NEMAN, and NEMAN FINANCIAL, INC.,<br><br>Defendants,<br><br>CASSANDRA C. NEMAN,<br><br>Relief Defendant. | Case No. CV12-03142 JHN (PLAx)<br><br>**DECLARATION OF KEVIN COHEN** |

I, Kevin Cohen, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would competently testify under oath hereto.

2. I submit this declaration at the request of the United States Securities and Exchange Commission ("Commission").

3. I am 38 years old and reside in Hermosa Beach, CA.

4. I am the Director of Trading, Private Shares Group at Wedbush Securities, Inc. ("Wedbush"), located at 1000 Wilshire Blvd., Suite 900, Los Angeles, CA 90017.

5. In or about May 2011, at the suggestion of a former Wedbush employee, I and other members of the Private Shares Group met with a prospective customer named Shervin Neman.

6. Mr. Neman told us that he had a background in investment banking and that he currently managed a hedge fund with over $1 billion in assets. He said that he traded public equities but that he was interested in building a portfolio of shares of rapidly growing companies and new issues. He claimed that he was interested in doing transactions in the $25 million to $30 million range.

7. Mr. Neman also said that he had access to lots of "Persian money," that he had family connections, and knew wealthy people.

8. Mr. Neman told us that he was interested in purchasing pre-IPO shares of companies such as Facebook. Mr. Neman told us that if he bought Facebook shares for his fund, he could attract new money and large investors to the fund.

9. Mr. Neman said that he was interested in purchasing one million shares of Facebook, which, at the time, were selling privately for about $30 per share. Mr. Neman said that he was watching the market for Facebook shares and thought he might be able to get better prices down the road.

10. I and two other members of the Private Trading Group later met with Mr. Neman at his office in the Century City area of Los Angeles, CA to discuss his possible purchase of Facebook shares, but Mr. Neman declined to purchase any Facebook shares at that time.

11. After the meeting in Century City, members of the Private Trading Group communicated with Mr. Neman about investing his hedge fund in pre-IPO shares of emerging companies, such as Groupon and ZocDoc. Attached hereto as Government Exhibit 45 is a true and correct copy of an e-mail concerning an investment in ZocDoc that I sent to Mr. Neman on August 16, 2011.

12. Most of my subsequent conversations with Mr. Neman, however, concerned the purchase of Facebook shares for his hedge fund. I spent most of my time explaining to Mr. Neman how the purchase of private Facebook shares would

proceed, including the requirement that he, as the buyer, would have to show proof of funds. Specifically, I told Mr. Neman before the transaction could proceed any further, he would have to provide Wedbush, in its intermediary role, with a bank statement or a bank letter verifying that he had sufficient funds to purchase $25 million to $30 million worth of Facebook shares.

13. From approximately July to November 2011, Mr. Neman called or e-mailed me with questions regarding the current price of Facebook shares. Attached hereto as Government Exhibit 46 is a true and correct copy of one such e-mail I received from Mr. Neman on August 19, 2011.

14. On August 23, 2011, I notified Mr. Neman of that Wedbush had a highly motivated seller of Facebook shares looking to sell 500,000 shares at a price of $33.50 per share. Attached hereto as Government Exhibit 47 is a true and correct copy of the August 23, 2011 e-mail I sent to Mr. Neman.

15. On September 28, 2011, I notified Mr. Neman that Wedbush had up to five million shares of Facebook stock for sale at a price of $32 per share. Attached hereto as Government Exhibit 48 is a true and correct copy of the September 28, 2011 e-mail I sent to Mr. Neman. As before, Mr. Neman declined to purchase any Facebook shares through Wedbush.

16. Although we presented Mr. Neman with numerous opportunities to purchase Facebook shares and held numerous discussions with him about it, Mr.

Neman never provided the requisite proof of funds to move the transaction forward. Over time, it became clear that Mr. Neman was either unable or unwilling to proceed with the purchase of Facebook shares.

17. Accordingly, Mr. Neman never purchased any Facebook shares through Wedbush, nor did he purchase the shares of any other issuers we told him about, such as Groupon and ZocDoc.

18. Neither Mr. Neman nor his entities has ever done any business with Wedbush.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27 day of March 2012 in Los Angeles, CA

Kevin Cohen

4

| | |
|---|---|
| From: | Kevin Cohen [Kevin.Cohen@wedbush.com] |
| Sent: | Tuesday, August 16, 2011 8:53 AM |
| To: | Michael Silverstein |
| Cc: | shervin@nemanfinancial.com |
| Subject: | FW: ZocDoc |

We currently have access to shares of ZocDoc. An investor involved in the Series A round of financing is looking to make a sale worth $10 million.

ZocDoc (http://www.zocdoc.com/) is a free online service for patients to book doctor and dentist appointments instantly. ZocDoc currently offers patients the ability to book appointments with doctors in New York, San Francisco, Washington DC, Chicago, Dallas, Los Angeles, Houston, Philadelphia, Atlanta, and Phoenix.

Earlier this month the company raised $50 million in a new round with DST. The company was valued at $700 million or more in this round, we've heard from various sources. ZocDoc won't comment, though, on valuation. This seller is willing to sell $10 million worth of their holdings at the same valuation and can provide documentation to prove it is the same.

While there are no financials available for the company the seller has a very good relationship with ZocDoc and would likely be able to connect a potential buyer with management for a conversation or a meeting.

Please let me know if you have any interest.

Thanks,
Kevin


**Kevin Cohen** | Director of Trading, Private Shares Group | **Wedbush Securities** | Phone: 213-688-8089| Cell: 310-467-4178| kevin.cohen@wedbush.com   AOLIM: Cohenk

*This email may contain my interpretation and opinion of written reports and other commentary. Only the published reports, which can be found on First Call, represent the official opinion of the firm. Please see them for full details and important disclosures.*

Exhibit 45 Page 5



| | |
|---|---|
| From: | shervin neman [Shervin@NemanFinancial.com] |
| Sent: | Friday, August 19, 2011 7:00 AM |
| To: | Kevin Cohen (Kevin.Cohen@wedbush.com) |
| Subject: | facebook |

How did the price of Facebook do this week sir?

Thanks,

*Shervin Neman*
*Neman Financial, LP*
*Hedge Fund Manager*
*1999 Avenue of the Stars, Ste 2045*
*LA, CA 90067*
*T: 310-359-8675*
*F: 310-388-4653*
*cell: 310-498-1873*
*www.NemanFinancial.com*

CONFIDENTIALITY STATEMENT - This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, YOU ARE HEREBY NOTIFIED that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient of this message, please destroy the printed version and delete this email.



Exhibit 46 Page 6

| | |
|---|---|
| From: | Kevin Cohen [Kevin.Cohen@wedbush.com] |
| Sent: | Tuesday, August 23, 2011 11:43 AM |
| Subject: | Facebook |

We currently have a highly motivated seller of Facebook looking to sell 500k shares at $33.50. Please let me know if you have an interest.

Best Regards,
Kevin


**Kevin Cohen** | Director of Trading, Private Shares Group | **Wedbush Securities** | Phone: 213-688-8089| Cell: 310-467-4178| kevin.cohen@wedbush.com   AOLIM: Cohenk

*This email may contain my interpretation and opinion of written reports and other commentary. Only the published reports, which can be found on First Call, represent the official opinion of the firm. Please see them for full details and important disclosures.*

Exhibit 47 Page 7



| | |
|---|---|
| From: | Kevin Cohen [Kevin.Cohen@wedbush.com] |
| Sent: | Wednesday, September 28, 2011 10:54 AM |
| Cc: | Cyrus Pirasteh; Lou Kerner; Michael Silverstein |
| Subject: | Facebook & Twitter Shares |

**We have supply in the millions of shares for both Facebook and Twitter.**

The price for Facebook shares is $32.00 per share ($79.7 billion valuation) and we have up to 5 million shares for sale.
The price for Twitter shares is $17.20 per share. ($8.3 billion valuation) and we have up to 7 million shares for sale

Please let me know if you have any interest. Thanks.

Kevin


**Kevin Cohen** | Director of Trading, Private Shares Group | **Wedbush Securities** | Phone: 213-688-8089| Cell: 310-467-4178| kevin.cohen@wedbush.com   AOLIM: Cohenk

*This email may contain my interpretation and opinion of written reports and other commentary. Only the published reports, which can be found on First Call, represent the official opinion of the firm. Please see them for full details and important disclosures.*

Exhibit 48 Page 8

