FAISAL M. GILL, Cal Bar No. 263416
Email: fgill@glawoffice.com

Attorney for Defendants
Gill Law Firm
1800 Century Plaza East
Suite 2400
Los Angeles, CA 90272
Telephone: 310-418-6675
Facsimile: 310-564-1990

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) ) ) | Case # 2:12-cv-03142 |
| PLANTIFF, ) ) | DEFENDANTS SHERVIN NEMAN AND NEMAN FINANCIAL, INC |
| vs. ) ) | NOTICE OF ASSET FILING |
| SHERVIN NEMAN and NEMAN FINANCIAL, INC ) ) ) | |
| DEFENDANTS ) ) | |
| CASSANDRA C. NEMAN ) ) | |
| RELIEF DEFENDANT ) | |

1

Pursuant to the Court's order dated April 18, 2012, Defendants Shervin Neman and Neman Financial, Inc. file the attached schedule of assets, including real and personal property exceeding $5,000 in value and a schedule of funds in bank and brokerage accounts. These schedules are based on information currently available to the Defendants, and they reserve the right to amend or supplement them as may be necessary. The values of the non-cash assets listed on the schedule are based on good faith estimates of their liquidation value, and Defendant makes no representation about the accuracy of these estimates.

Shervin Neman and Neman Financial, Inc assets consist of mostly personal assets. Shervin Neman does not fully recall the exact source of the funds used to purchase each individual item. Most personal items were bought with personal funds or were gifts. If a more detailed accounting is required of his personal assets, Defendants can provide that give some more time.

Shervin Neman has listed his bank accounts. Most of the bank accounts have been closed. Neither Defendant owns any real property.

Dated: April 26, 2012                           Faisal Gill
                                                Gill Law Firm


                                                By: /s/ Faisal Gill_____
                                                    Faisal Gill
                                                    Attorney for the Defendants

| Item | Value | | Notes | Discription | Source |
|---|---|---|---|---|---|
| **Personal Property** | | | | | |
| Kitchen Items | $ | 6,000 | | (Dishes Sets, Crystal, Pots, Knives, etc | Purchased from personal funds |
| Mens Clothing | $ | 15,000 | | (10 Fine suits, designer clothes & shoes) | Purchased from personal funds |
| Womens Clothing | $ | 17,000 | | (Designer Clothes & Shoes) | Purchased from personal funds |
| Womens Purses | $ | 10,000 | | (Prada, Chanel, Gucci, etc) | Purchased from personal funds |
| Master Bedroom Furniture & Linens | $ | 7,000 | | (Fine Linens, 1 dresser, 1 armoir, 2 nightstands, mattress & headboard set) | Purchased from personal funds |
| Living Room Furniture, etc | $ | 8,000 | | (Couches, Coffee Table, TV, Audio System, etc) | Purchased from personal funds |
| Dining Room Furniture | $ | 5,000 | | (Table, Chairs & Dining Linens & Accessories) | Purchased from personal funds |
| Baby Nursery & Items | $ | 6,000 | | (Stroller, Crib, Dresser, Changing Table, Clothes, Linens, etc) | Purchased from personal funds |
| 2007 BMW M6 | $ | 55,000 | | (20,000 miles, Mint Condition) | Purchased from personal funds |
| 5.33 carat diamond engagement ring | $ | 95,000 | | (Bought wholesale thru family; certified worth 95k) | Purchased from personal funds |
| 1.5 carat diamond wedding ring | $ | 5,500 | | | Purchased from personal funds |
| Antique Gold & Ruby Necklace | $ | 35,000 | | (18k gold & 8 Rubies) | Purchased from personal funds |
| Antique Gold & Turquoise Necklace | $ | 20,000 | | (18k gold & Turquoise Stone) | Purchased from personal funds |
| Office Furniture etc | $ | 13,000 | | (Mahogany Desks, TVS, Reception Desk, Conf Table, Computers, Laptops, Etc) | Purchased from personal funds |
| Mercedes Benz Lease | $ | 2,500 | | ($2500 Deposit Paid; $600 Mo payments) | Purchased from personal funds |
| Cash on Hand | $ | 55,000 | | Cash | Savings |
| | $ | 355,000 | | | |
| **Bank Accounts** | Amount | | | Account Number | Name |
| Morgan Stanley Smith Barney | $0.00 | | | xxx-xx3-828 | shervin Neman |
| Morgan Stanley Smith Barney | $0.00 | | | xxx-xx3-834 | Neman Financial Inc |
| UBS | $3,628.52 | | | xxxxx57N5 | Shervin Neman |
| UBS | $0.00 | | | xxxxx59N5 | Neman Financial |
| Wells Fargo | $0.00 | | | xxxxxx8254 | Shervin Neman |
| JP Morgan Chase | $6,900.00 | | | xxxxx3957 | Shervin Neman |
| JP Morgan Chase | $0.00 | | | xxxxxx6464 | Neman Financial, Inc |
| JP Morgan Chase | $0.00 | | | xxxxx6456 | Neman Financial, LP |
| Citibank | $0.00 | | | xxx-xx5200 | Neman Financial, Inc |
| **Real Property** | | | | | |
| None owned | | | | | |