Shervin Neman #07125-112
MDC LA
P.O. Box 1500
LA, CA 90053

FILED
CLERK, U.S. DISTRICT COURT
MAR -2 2015
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

## United States District Court
## For the Central District Of CA
### Western Division

| | |
|---|---|
| SEC, | Case No. CV12-03142 BRO (PLAx) |
| Plaintiff, | |
| v. | Notice Of Motion; Motion To Stay |
| Shervin Neman & | SEC's Summary Judgement Due To |
| Neman Financial Inc. | Neman's Appeal of His Criminal |
| Defendants, | Conviction & Sentence; Memorandum |
| Cassandra C. Neman, | Of Points & Authorities; Declaration |
| Relief Defendant. | Of Shervin Neman. |
| | |
| | Date: March 23, 2015 |
| | Time: 1:30 p.m. |
| | Ctrm: 14 |

To All Parties & Their Attorneys Of Record:

Please take notice that on March 23, 2015 at 1:30 p.m. or as soon thereafter as Defendants may be heard before the Hon. Beverly Reid O'Connell in Courtroom 14 of the above-captioned Court, located at 312 N. Spring St., LA, CA 90012, Defendants will & hereby move the court to stay the SEC's summary judgment due to Neman's appeal of his criminal conviction & sentence.

This motion is based upon all of the pleadings, papers & records in this action, the attached Memorandum Of Points & Authorities, the attached Declaration of Shervin Neman, & such further evidence & argument as the court may permit.

Respectfully Submitted,

Shervin Neman
On Behalf of Himself &
Neman Financial, Inc.

Dated: Feb. 24, 2015.

-1-

## Memorandum Of Points & Authorities

### I. Introduction

The SEC filed a civil enforcement action against Neman Financial & Shervin Neman on April 11, 2012.

On April 18, 2012, there was a preliminary injunction filed against Neman that, among other things, froze all of the assets of Neman & all his entities.

Neman was found guilty of mail fraud & wire fraud charges, 1 & 2 counts respectively on May 16, 2014.

Neman was sentenced on Feb. 23, 2015, even though he was not prepared as he didn't know of the situation.

### II. Argument

On Nov. 24, 2014, after the court heard a great deal from Neman & his choice to defend himself, a mental evaluation was ordered. The sentencing was continued to TENTATIVELY Feb. 23, 2015. The defendant, Neman, had not received the evaluation report until couple of minutes before the Judge, Hon. Otis Wright, started the hearing on 23rd of Feb. 2015. The defendant thought that 23rd of Feb. was the competency hearing as the "Order Committing Defendant to the Custody of Attorney General" specifically says; "The court will set a date for a competency hearing once it has received the report for the examiner." Granted, the report came out to be completely normal, as to mental evaluation of the defendant. In any case, defendant was sentenced to 11 years in prison, even though the defendant was not ready & he objected several times! In any case, on Feb. 25, 2015, the defendant has sent his notice of appeal for his conviction

- 2 -

of judgment & sentence.

The chances that the defendant wins the appeal is very high as there are many grounds, some constitutional, that the defendant can bring to the attention of the Hon. Judge "in camera," as the defendant doesn't want to show his cards to the government.

### IV. Conclusion

For the foregoing reasons, Defendants respectfully request to stay SEC's summary judgment due to Mr. Neman's appeal of his criminal conviction & sentence.

Respectfully Submitted,

Shervin Neman
On Behalf of Himself &
Neman Financial Inc.

Dated: Feb. 25, 2015.

-3-

# Declaration Of Shervin Neman

I, Shervin Neman, declare as follows:

1. I have the knowledge of the facts set forth herein & could & would testify to those facts fully & truthfully if called upon.

I declare under penalty of perjury under the laws of the USA that the foregoing is true & correct & that this declaration is executed at LA, CA on Feb. 25, 2015.

[signature]

Shervin Neman

Shervin Neman # 64725-112
Metropolitan Detention Center - Los Angeles
P.O. Box 1500
LA, CA 90053

Legal Mail

To: Hon. Beverly Reid O'Connell
United States District Courthouse
312 N. Spring St.
LA, CA 90012

RECEIVED
CLERK U.S. DISTRICT COURT
MAR -2 2015
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

JC 2/28/15