LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 12-03142-BRO (PLAx) | Date | October 29, 2015 |
|---|---|---|---|
| Title | SECURITIES AND EXCHANGE COMMISSION V. SHERVIN NEMAN, ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:** (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE

Pending before the Court is Plaintiff Securities and Exchange Commission's ("Plaintiff") Motion for Partial Relief, (Dkt. No. 100), from the Court's Order granting in part and denying in part Plaintiff's Motion for Summary Judgment. The matter is currently set for a hearing on Monday, November 9, 2015, at 1:30 p.m. Under the Central District's Local Rules, a party must oppose a motion at least twenty-one (21) days prior to the scheduled hearing date. *See* C.D. Cal. L.R. 7-9.[1] Accordingly, Defendant's opposition, if any, was due no later than October 19, 2015. Yet as of today, Defendant has filed no opposition. Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion." *See* C.D. Cal. L.R. 7-12.

Accordingly, Defendant is **ORDERED TO SHOW CAUSE** as to why Plaintiff's motion should not be granted. **Both (1) Defendant's response to this Order and (2) Defendant's opposition to the motion, if any, shall be filed by no later than Friday, November 6, 2015, at 4:00 p.m.** An appropriate response will include reasons demonstrating good cause for Defendant's failure to timely oppose. Defendant's failure to file an opposition by this deadline may result in the granting of Plaintiff's motion. **The hearing on Plaintiff's motion is hereby continued to Monday, November 30, 2015, at 1:30 p.m.**

**IT IS SO ORDERED.**

---

[1] A copy of the Local Civil Rules is available at the United States District Court, Central District of California's website: https://www.cacd.uscourts.gov/court-procedures/local-rules.